# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **DESHAWN SCOTT,** | Case No. CV 12-03565 BRO (AJW) |
| **Plaintiff,** | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| **SUSAN A. MORRIS, M.D., et al.,** | |
| **Defendants.** | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: November 12, 2013

_____
BEVERLY REID O'CONNELL
United States District Judge