# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DESHAWN SCOTT, | Case No. CV 12-03565 BRO (AJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| SUSAN A. MORRIS, M.D., et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: November 12, 2013

_____
BEVERLY REID O'CONNELL
United States District Judge